**DISMISS and Opinion Filed November 21, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00410-CV

### CITY OF GRAND PRAIRIE, TEXAS, Appellant
### V.
### TOMMY WINN AND LELAND GJETLEY, Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-08305-J**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Myers

Before the Court is appellant's motion to dismiss the appeal. Appellant has informed the

Court that the parties have settled their differences. Accordingly, we grant appellant's motion

and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Lana Myers/
LANA MYERS
JUSTICE

140410F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CITY OF GRAND PRAIRIE, TEXAS,
Appellant

No. 05-14-00410-CV     V.

TOMMY WINN AND LELAND
GJETLEY, Appellees

On Appeal from the 191st Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-11-08305-J.
Opinion delivered by Justice Myers.
Justices Bridges and Lang-Miers,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 21st day of November, 2014.